United States Bankruptcy Court
District of Massachusetts

In re:                                                                Case No. 14-11203-fjb
NUCHROME LLC                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1          User: admin              Page 1 of 1           Date Rcvd: Mar 26, 2014
                              Form ID: b9dauto         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2014.
```
db         +NUCHROME LLC,    32 Industrial Ct,    Seekonk, MA 02771-2017
aty        +Lawrence L. Hale,    Law Office of Lawrence L. Hale,    128 Main Street,    Suite 7,
             Carver, MA 02330-2024
tr         +Debora Casey,    97 Whiting Street,    Hingham, MA 02043-3822
smg         MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    P0 BOX 9564,    Boston, MA  02114-9564
smg        +UNITED STATES ATTORNEY,    JOHN JOSEPH MOAKLEY,    UNITED STATES FEDERAL COURTHOUSE,
             1 COURTHOUSE WAY, SUITE 9200,    Boston, MA 02210-3011
19234414    ABC Disposal Service, Inc,    P.O. Box 674207,    Detroit, MI  48267-4207
19234415    Chris Nazzaro,    100 Justin Dr,    Weymouth, MA  02188-4238
19234417    Fall River Mordern Printing,    788 Plymouth Ave,    Fall River, MA  02721
19234418    FedEx,    Lock Box 360353,    500 Ross St,    Pittsburgh, PA  15219-2125
19234419   +Gautreau Auto Restoration,    55 Old Town Farm Road,    Exeter, NH 03833-4547
19234421   +Mark Mango,    37 Jean Street,    North Attleboro, MA 02760-4624
19234422    Mass DOR,    Litigation Unit, Bankruptcy,    PO Box 9564,    Boston, MA  02114-9564
19234423   +Michael McNeil,    3 Putnam Road,    Reading, MA 01867-1702
19234424    Richard Denberg,    49 Ford Rd,    Westtown, NY 10998-2904
19234425   +Thomas Melnik,    19 Walden Estate Road,    Walden, NY 12586-3400
19234426   +U.S. Department Of Labor,    Occupational Safety And Health Administr,
             639 Granit Street, 4th Floor,    Braintree, MA 02184-5369
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: duabankruptcy@detma.org Mar 26 2014 23:21:58      CHIEF COUNSEL, LEGAL DEPARTMENT,
             DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,    COMMONWEALTH OF MASSACHUSETTS,
             19 STANIFORD STREET,1ST FLOOR,    Boston, MA 02114-2502
smg         E-mail/Text: born.emily@dol.gov Mar 26 2014 23:21:59      US DEPARTMENT OF LABOR,
             EMPLOYEE BENEFITS,    JFK FEDERAL BUILDING,    ROOM 575,    Boston, MA  02203
ust        +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Mar 26 2014 23:21:54      John Fitzgerald,
             Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
             5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
19234416    E-mail/Text: cmabankruptcy@nisource.com Mar 26 2014 23:21:52      Columbia Gas Of Massachusetts,
             PO Box 742514,    Cincinnati, OH  45274-2514
19234420    EDI: IRS.COM Mar 26 2014 23:23:00      Internal Revenue Service,    PO Box 7346,
             Philadelphia, PA  19101-7346
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2014                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2014 at the address(es) listed below:
```
              Debora Casey    caseydtrustee@aol.com, MA34@ecfcbis.com
              John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              Lawrence L. Hale    on behalf of Debtor    NUCHROME LLC lhale@halelaw.net,    lhale1974@gmail.com,
               bhale@halelaw.net
                                                                                             TOTAL: 3
```

**B9D (Official Form 9D)** (Chapter 7 Corporation/Partnership Asset Case) (12/12)     Case Number **14–11203 fjb**

| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of Massachusetts |

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/21/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not include this notice with any filing you make with the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
NUCHROME LLC
 aka NUC, LLC
 32 Industrial Ct
 Seekonk, MA 02771

| Case Number: | Taxpayer ID/Employer ID/Other Nos.: |
| --- | --- |
| 14–11203 | 27–5031635 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
| --- | --- |
| Lawrence L. Hale<br>Law Office of Lawrence L. Hale<br>128 Main Street<br>Suite 7<br>Carver, MA 02330<br>Telephone number: (508) 866–2900 | Debora Casey<br>97 Whiting Street<br>Hingham, MA 02043<br>Telephone number: 781–749–8068 |

## Meeting of Creditors

Date: **April 29, 2014**       Time: **11:00 AM**
Location: **155 West Elm Street, Brockton, MA 02301**

## Deadline to File a Proof of Claim

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

For all creditors (except a governmental unit): **7/28/14**     For a governmental unit: 180 Days from the date the petition was filed.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
| --- | --- |
| U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109–3945<br>Telephone number: 617–748–5300 | Clerk of the Bankruptcy Court:<br>James M. Lynch |
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM | Date: 3/26/14 |

**EXPLANATIONS**     B9D (Official Form 9D) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") may be obtained from any bankruptcy clerk's office or printed from the Court's website at (http://www.mab.uscourts.gov/mab/creditorinformation). You may also file your claim electronically through the court's website. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices