## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: **NUCHROME LLC**, ) <br> Debtor ) | CASE NUMBER: 14-11203 FJB <br> CHAPTER 7 |

### MOTION OF DEBTOR TO EXTEND TIME FOR
### COMPLYING WITH ORDER TO UPDATE

NOW comes the Debtor, Nuchrome LLC, pursuant to Federal Rules of Bankruptcy Procedure, Rule 1009, and hereby requests that the Court extend the time for complying with its Order to Update, dated March 21, 2014, from April 4, 2014 to and including April 18, 2014.

In support hereof, it is submitted that I am still obtaining documents necessary to complete the Schedules and for profit and loss statements which are being provided by his accountant. The 341 meeting of creditors is scheduled for April 29, 2014.

Dated: April 4, 2014

/s/ Lawrence L. Hale
Lawrence L. Hale, Esquire
(BBO No. 217120)
128 Main Street
Suite 7
Carver, MA 02330
Tel: (508) 866-2900

- 2 -

## CERTIFICATE OF SERVICE

      I, Lawrence L. Hale, Esquire, attorney for the Debtor, state that on April 4, 2014, I served the foregoing pleadings to which this is attached on the following CM/ECF participants:

U. S. Trustee's Office
Debora Casey, Chapter 7 Trustee

I certify that I have mailed by first class mail, postage pre-paid, the documents electronically filed with the Court on the non-CM/ECF participants shown below.

Nuchrome LLC
32 Industrial Ct
Seekonk, MA 02771

                          /s/ Lawrence L. Hale
                          Lawrence L. Hale, Esquire